IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 10-cv-00683-RPM

SHERRONDA APPLEBERRY,

    Plaintiff,

v.

ADAMS COUNTY BOARD OF COUNTY COMMISSIONERS,
ADAMS COUNTY CORONER'S OFFICE,
JAMES HIBBARD, in his official capacity,

    Defendants.

_____

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**
_____

Upon review of Defendants, Adams County Board of County Commissioners, Adams County Coroner's Office and Coroner James Hibbard's Unopposed Motion to Amend Scheduling Order [17] filed December 22, 2010, it is

ORDERED that the Applicable Deadlines shall be extended as follows:

DISCOVERY CUTOFF – April 29, 2011;

DISPOSITIVE MOTION DEADLINE – May 31, 2011;

PLAINTIFF'S EXPERT DESIGNATIONS – March 1, 2011;

DEFENDANTS' REBUTTAL EXPERT DESIGNATIONS – March 31, 2011;

REBUTTAL OPINIONS – April 15, 2011.

DATED this 23rd day of December, 2010.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge