IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00683-RPM

SHERRONDA APPLEBERRY,

      Plaintiff,

v.

ADAMS COUNTY BOARD OF COUNTY COMMISSIONERS,
ADAMS COUNTY CORONER'S OFFICE and
JAMES HIBBARD, in his official capacity,

      Defendants.

_____

**ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY CUTOFF,
DISPOSITIVE MOTIONS DEADLINE AND VACATE PRETRIAL CONFERENCE**
_____

THIS MATTER having come before the Court on the Joint Motion to Extend Discovery

Cutoff, Dispositive Motions Deadline and Vacate Pretrial Conference [27] filed April 28, 2011,

it is

ORDERED that the motion is granted.  Discovery cutoff is hereby extended to August 1,

2011 and the  dispositive motions deadline is extended to August 31, 2011.  It is

FURTHER ORDERED that the Pretrial Conference currently scheduled for May 24,

2011 at 10:30 a.m. is hereby VACATED. The parties shall contact the Court within five (5) days

after the mediation to advise the Court whether the case has settled or if a Pretrial Conference

needs to be set.

      DATED:   April 29th, 2011

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____

                        Richard P. Matsch, Senior District Judge